IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

WAYNE N. EDWARDS,

      Appellant,

v.

BANK OF AMERICA, N.A.,

      Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D15-1035

Opinion filed November 5, 2015.

An appeal from the Circuit Court for Duval County.
Michael R. Weatherby, Judge.

Sean A. Espenship of Espenship, Schlax & Albee, LLC, Jacksonville, for Appellant.

Shaib Y. Rios of Brock & Scott, PLLC, Fort Lauderdale, for Appellee.

PER CURIAM.

      REVERSED and REMANDED. See Bennett v. Cont'l Chemicals, Inc., 492 So. 2d 724 (Fla. 1st DCA 1986) (en banc).

ROBERTS, C.J., MARSTILLER and MAKAR, JJ., CONCUR.